IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Jeffry Edward Lemire

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

State of Rhode Island

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Complaint for a Civil Case

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial:   ☐ Yes   ☐ No
              (check one)

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: JEFFREY E. LEMIRT
Street Address: 13 Potter Av
City and County: Providence RI
State and Zip Code: 02905
Telephone Number: 401-516-4759
E-mail Address:

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: State of Rhode Island
Job or Title (if known):
Street Address: Smith St.
City and County: Providence RI
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 2
Name:
Job or Title (if known):
Street Address:
City and County:

2

    State and Zip Code _____
    Telephone Number _____
    E-mail Address _____
    (if known)

  Defendant No. 3

    Name _____
    Job or Title _____
    (if known)
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address _____
    (if known)

  Defendant No. 4

    Name _____
    Job or Title _____
    (if known)
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address _____
    (if known)

II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

U.S. Constitution,
U.S. Eelection Code 595

B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Jeffrey Edward Lomke, is a citizen of the State of *(name)* Rhode Island.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* State of Rhode Island, is incorporated under the laws of the State of *(name)* Rhode Island, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* State of Rhode Island is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, *(name)* Rhode Island, is incorporated under the laws of the State of *(name)* Rhode Island, and has its principal place of business in the State of *(name)* Rhode Island. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

None

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

My Constitution Right for A Fair AND honest election, Under the US. Constitution

5

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Stop the Cerification of the Federal eclection for Congress in the First Distict. Allow Jeffery Idward Lemine excess to all Ballots and Data. Hold hearing in court of the Rhode Island Government's interference in my election. Please Attached Fom

V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Nov 10, 2020

Signature of Plaintiff: Jeff R Lm
Printed Name of Plaintiff: 

B. For Attorneys

Date of signing: _____, 20__.

6

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
E-mail Address              _____

## CONTINUATION PAGES

The Defendant(s) - Continuation

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 5

- Name: _____
- Job or Title (if known): _____
- Street Address: _____
- City and County: _____
- State and Zip Code: _____
- Telephone Number: _____
- E-mail Address (if known): _____

Defendant No. 6

- Name: _____
- Job or Title (if known): _____
- Street Address: _____
- City and County: _____

Defendant No. 7

- Name: _____
- Job or Title (if known): _____
- Street Address: _____
- City and County: _____
- State and Zip Code: _____
- Telephone Number: _____
- E-mail Address (if known): _____

Defendant No. 8

Name
Job or Title
(if known)
Street Address
City and County

## Statement of Claim - Continuation

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

State of Rhode Island made laws to limit my ability to campain.

State of Rhode Island refuses to give excess to ballots and data concerning may Eelction

I would like Federal oversight on my constitution right for a fair and honest election.

9

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

JEFFREY E. LEMIRE  
*Plaintiff(s)*

v.  Civil Action No.

Rhode Island - State of  
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Nov, 10, 2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                                 _____
                                                                                    *Server's signature*

                                                                    _____
                                                                                    *Printed name and title*


                                                                    _____
                                                                                    *Server's address*

Additional information regarding attempted service, etc:

NOV 13, 2020

I Ask the Federal Court to take emergency Action in My Case

Election CAN NOT be false AND must be verified to be Fair AND Honest

*[signature: Jeffry James]*



# UNITED STATES DISTRICT COURT
*District of Rhode Island*

### Service of Process

### What do I do after I file a complaint?

If you filed an Application to Proceed in Forma Pauperis (also called an IFP application) and it is granted, the Clerk's Office will send you blank summonses and USM-285 Process Receipt and Returns for each defendant to be completed by you and returned to the Clerk's Office for service of process by the Marshal Service. The defendants will then be served the summons and complaint by a United States Marshal at no cost to you. However, a U.S. Marshal will serve only those defendants for whom you have submitted a properly completed marshal service form. You must submit one properly completed marshal service form for each defendant to be served. U.S. Marshal Service forms are available from the Clerk's Office, or on the Court's website.

If you did not file an Application to Proceed in Forma Pauperis, or if you filed the application but it was denied, (and your case is not being dismissed) you must arrange on your own to have a copy of the summons and complaint served on each defendant. You can get a Summons in a Civil Action form from the Clerk's Office or on the Court's website. When you complete it, bring it to the Clerk's Office to have it signed and sealed by a Deputy Clerk. You should keep the original summons that has been signed and sealed and file it with the Clerk's Office, along with a proof of service for each defendant. The Proof of Service form is attached to the Summons in a Civil Action form. Your lawsuit will not proceed until you serve copies of the summons and complaint on each named defendant.

### When must the summons and complaint be served?

A plaintiff has 90 days from the date the complaint was filed to serve a copy of the summons and the complaint. See Fed. R. Civ. P. 4(m).

### Who can serve the summons and complaint?

Most litigants hire a professional process server to serve the summons and complaint on each defendant, but it is not necessary to hire a professional. Any person who is at least 18-years-old and not a party to the lawsuit may serve a summons and complaint. See Fed. R. Civ. P. 4 (c)(2) for more information.

### Do I have to hand-deliver the summons and complaint?

In most instances, you will have to arrange to have the summons and complaint hand-delivered to each defendant. This can be avoided by asking each defendant to accept